1  Alex R. Straus (SBN 321366)
   **MILBERG COLEMAN BRYSON**
2  **PHILLIPS GROSSMAN, PLLC**
   16748 McCormack Street
3  Los Angeles, CA 91436
4  Telephone: (917) 471-1894
   Facsimile: (919) 600-5035
5  astraus@milberg.com

6  *Attorney for Plaintiff and the Class*

7  *[Additional Attorneys on Signature Page]*

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 PATRICIA SULTANIS, *individually and
   on behalf of all others similarly situated*,
13
                                                    Case No.: 21-cv-00167-EMC
14            Plaintiff,
                                                    Related to: 21-cv-00162-EMC
15      v.

16 CHAMPION PETFOODS USA, INC., *et al.*,
                                                    **JOINT STIPULATION AND ORDER**
17                                                  **FOR DISMISSAL WITH PREJUDICE**
18            Defendants.

19

20      Pursuant to Rule 41(a)(1)(A)(ii) Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

21 Plaintiff Patricia Sultanis and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP

22 stipulate and jointly request that this Court enter a dismissal with prejudice of this action in its entirety.

23 Each party shall bear her or its own costs and fees, including attorneys' fees, incurred in connection with

24 this action.

25 Dated: October 11, 2021                          Respectfully submitted,

26                                                  */s/ Gary M. Klinger*
                                                    Gary M. Klinger (admitted *pro hac vice*)
27                                                  **MASON LIETZ & KLINGER LLP**
                                                    227 W. Monroe Street, Ste. 2100
28

Chicago, Illinois 60606
Phone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
16748 McCormack Street
Los Angeles, CA 91436
Telephone: (917) 471-1894
Facsimile: (919) 600-5035
astraus@milberg.com

Daniel K. Bryson (*pro hac vice* forthcoming)
J. Hunter Bryson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dbryson@milberg.com
hbryson@milberg.com

*Attorneys for Plaintiffs and the putative Classes*

By: /s/ Michael D. Lane
Michael D. Lane (SBN: 239517)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, California 95814
Tel: 916.442.1111; Fax: 916.448.1709
lanemd@gtlaw.com

David A. Coulson (*Admitted Pro Hac Vice*)
Elisa H. Baca (*Admitted Pro Hac Vice*)
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305.579.0500; Fax: 305.579.0717
coulsond@gtlaw.com
bacae@gtlaw.com

*Attorneys for Defendants Champion Petfoods USA Inc. and Champion Petfoods LP*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

October  18 , 2021

_____
Hon. Edward M. Chen
District Court Judge